**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: LALLY, WILLIAM J          § | Case No. 13-84009 |
|          LALLY, MICHELE R         § | |
|                                                     § | |
| Debtor(s)                                  § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　U.S. Courthouse
　　　327 South Church Street
　　　Room 1100
　　　Rockford, IL  61101

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 09/29/2014 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  09/02/2014              By:    /s/ STEPHEN G. BALSLEY
                                                              Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: LALLY, WILLIAM J | § | Case No. 13-84009 |
| LALLY, MICHELE R | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $   4,960.00 |
| *and approved disbursements of* | $   29.08 |
| *leaving a balance on hand of* [1] | $   4,930.92 |
| **Balance on hand:** | $   4,930.92 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $   0.00 |
| Remaining balance: | $   4,930.92 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,240.00 | 0.00 | 1,240.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,032.50 | 0.00 | 1,032.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $   2,272.50 |
| Remaining balance: | $   2,658.42 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Case 13-84009   Doc 34   Filed 09/03/14   Entered 09/05/14 23:42:27   Desc Imaged
Certificate of Notice   Page 4 of 6

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,658.42 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,658.42 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,046,849.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 767.17 | 0.00 | 1.95 |
| 2 | Capital One Bank (USA), N.A. | 742.73 | 0.00 | 1.89 |
| 3 | Alpine Bank & Trust Co. | 1,025,923.87 | 0.00 | 2,605.28 |
| 4 | American Express Bank, FSB | 19,080.34 | 0.00 | 48.45 |
| 5 | Capital One, N.A. | 177.95 | 0.00 | 0.45 |
| 6 | Capital Recovery V, LLC | 157.84 | 0.00 | 0.40 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,658.42 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
William J Lally
Michele R Lally
    Debtors

Case No. 13-84009-TML
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3     User: vgossett     Page 1 of 1     Date Rcvd: Sep 03, 2014
                          Form ID: pdf006     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2014.
```
db/jdb       +William J Lally,   Michele R Lally,   12227 Sleepy Hollow Road,   Roscoe, IL 61073-9099
21949212     +Alpine Bank & Trust Co.,   c/o James Barker,   1700 N. Alpine,   Rkfd, IL 61107-1459
21944772      Alpine Bank & Trust Co.,   c/o Attorney Thomas P. Sandquist,   WilliamsMcCarthy, LLP,
                P.O. Box 219,   Rockford, IL   61105-0219
21275777      American Express,   Customer Service,   P.O. Box 981535,   El Paso, TX 79998-1535
21974629      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
21275778      Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
21887506      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
22011240      Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
21275779      Cardmember Service/Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
21275783      Toyota Financial Services,   P.O. Box 8026,   Cedar Rapids, WI 54208-8026
21275784     +Wells Fargo Home Mortgage, Inc.,   Correspondence,   P.O. Box 10335,   Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22136996      E-mail/PDF: rmscedi@recoverycorp.com Sep 04 2014 07:01:56      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
21275780      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 04 2014 07:01:55      Discover Card,
               P.O. Box 30943,   Salt Lake City, UT 84130
21803703      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 04 2014 07:01:55      Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
21275781      E-mail/Text: bnckohlsnotices@becket-lee.com Sep 04 2014 05:39:03      Kohl's,   P.O. Box 3043,
               Milwaukee, WI 53201-3043
21275782     +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2014 06:58:55      Sam's Club,   Bankruptcy Dept.,
               P.O. Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 5
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2014                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2014 at the address(es) listed below:
```
              James M Philbrick    on behalf of Creditor    Toyota Motor Credit Corporation jmphilbrick@att.net
              Jeffry A. Dahlberg    on behalf of Debtor William J Lally ljekberg@balsleylawoffice.com,
               LisaH@balsleylawoffice.com;TelquilaJ@balsleylawoffice.com;SandyC@balsleylawoffice.com;mjmaravich@
               live.com
              Jeffry A. Dahlberg    on behalf of Joint Debtor Michele R Lally ljekberg@balsleylawoffice.com,
               LisaH@balsleylawoffice.com;TelquilaJ@balsleylawoffice.com;SandyC@balsleylawoffice.com;mjmaravich@
               live.com
              Nisha B Parikh    on behalf of Creditor    WELLS FARGO BANK, N.A. nparikh@fal-illinois.com,
               bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
              Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
                                                                                              TOTAL: 7
```