**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: LALLY, WILLIAM J | § | Case No. 13-84009-TML |
| LALLY, MICHELE R | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $189,000.00   Assets Exempt: $10,600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,658.42   Claims Discharged
    Without Payment: $1,051,947.54

Total Expenses of Administration: $2,301.58

---

    3) Total gross receipts of $ 4,960.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,960.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $244,500.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,301.58 | 2,301.58 | 2,301.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 28,209.12 | 1,046,849.90 | 1,046,849.90 | 2,658.42 |
| **TOTAL DISBURSEMENTS** | $272,709.12 | $1,049,151.48 | $1,049,151.48 | $4,960.00 |

    4) This case was originally filed under Chapter 7 on November 27, 2013. The case was pending for 13 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/08/2015         By: /s/STEPHEN G. BALSLEY
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 tax return refund | 1224-000 | 4,960.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,960.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage, Inc. Correspondence | 4110-000 | 244,500.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$244,500.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,240.00 | 1,240.00 | 1,240.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,032.50 | 1,032.50 | 1,032.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 9.08 | 9.08 | 9.08 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 13-84009 Doc 38 Filed 02/06/15 Entered 02/06/15 09:52:39 Desc Main
Document Page 4 of 7

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,301.58 | $2,301.58 | $2,301.58 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 690.39 | 767.17 | 767.17 | 1.95 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 742.31 | 742.73 | 742.73 | 1.89 |
| 3 | Alpine Bank & Trust Co. | 7100-000 | N/A | 1,025,923.87 | 1,025,923.87 | 2,605.28 |
| 4 | American Express Bank, FSB | 7100-000 | 18,824.50 | 19,080.34 | 19,080.34 | 48.45 |
| 5 | Capital One, N.A. | 7100-000 | 120.18 | 177.95 | 177.95 | 0.45 |
| 6 | Capital Recovery V, LLC | 7100-000 | 75.68 | 157.84 | 157.84 | 0.40 |
| NOTFILED | Cardmember Service/Chase | 7100-000 | 7,756.06 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $28,209.12 | $1,046,849.90 | $1,046,849.90 | $2,658.42 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-84009-TML  
**Case Name:** LALLY, WILLIAM J  
              LALLY, MICHELE R  
**Period Ending:** 01/08/15

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 11/27/13 (f)  
**§341(a) Meeting Date:** 01/02/14  
**Claims Bar Date:** 07/14/14

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at: 12227 Sleepy Hollow Road | 180,000.00 | 0.00 | | 0.00 | FA |
| 2 | Blackhawk State Bank/ checking | 400.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Bank/ checking | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Riverside Community Bank/ checking | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. household goods and furnishings | 3,500.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing and personal items | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding Rings | 1,200.00 | 0.00 | | 0.00 | FA |
| 8 | Protective Term Life Insurance Policy- no cash v | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Interest in 15% of outstanding shares of Nationa | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2012 Toyota Corolla- Leased | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 1996 Toyota Corolla (175,000 miles) | 1,100.00 | 0.00 | | 0.00 | FA |
| 12 | 2000 Volvo Wagon- blown engine | 500.00 | 0.00 | | 0.00 | FA |
| 13 | 1989 Acura Legend | 500.00 | 0.00 | | 0.00 | FA |
| 14 | 2013 tax return refund  (u) See Amended Schedules filed May 22, 2014. | 6,560.00 | 4,960.00 | | 4,960.00 | FA |
| 14 | **Assets** Totals (Excluding unknown values) | **$195,560.00** | **$4,960.00** | | **$4,960.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   July 22, 2014       **Current Projected Date Of Final Report (TFR):**   July 22, 2014  (Actual)

Case 13-84009   Doc 38   Filed 02/06/15   Entered 02/06/15 09:52:39   Desc Main
Document      Page 6 of 7

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-84009-TML  
**Case Name:** LALLY, WILLIAM J  
LALLY, MICHELE R  
**Taxpayer ID #:** **-***3009  
**Period Ending:** 01/08/15  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0766 - Checking Account  
**Blanket Bond:** $598,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/20/14 | {14} | Michele R. Lally | 2013 tax refund | 1224-000 | 4,960.00 | | 4,960.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,950.00 |
| 06/06/14 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/06/2014 FOR CASE #13-84009 | 2300-000 | | 9.08 | 4,940.92 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,930.92 |
| 09/29/14 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,032.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,032.50 | 3,898.42 |
| 09/29/14 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,240.00, Trustee Compensation; Reference: | 2100-000 | | 1,240.00 | 2,658.42 |
| 09/29/14 | 104 | Alpine Bank & Trust Co. | Dividend paid 0.25% on $1,025,923.87; Claim# 3; Filed: $1,025,923.87; Reference: | 7100-000 | | 2,605.28 | 53.14 |
| 09/29/14 | 105 | American Express Bank, FSB | Dividend paid 0.25% on $19,080.34; Claim# 4; Filed: $19,080.34; Reference: | 7100-000 | | 48.45 | 4.69 |
| 09/29/14 | 106 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 4.69 | 0.00 |
| | | | Dividend paid 0.25% on $767.17; Claim# 1; Filed: $767.17 | 1.95 | 7100-000 | | 0.00 |
| | | | Dividend paid 0.25% on $742.73; Claim# 2; Filed: $742.73 | 1.89 | 7100-000 | | 0.00 |
| | | | Dividend paid 0.25% on $177.95; Claim# 5; Filed: $177.95 | 0.45 | 7100-000 | | 0.00 |
| | | | Dividend paid 0.25% on $157.84; Claim# 6; Filed: $157.84 | 0.40 | 7100-000 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,960.00 | 4,960.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,960.00 | 4,960.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,960.00** | **$4,960.00** | |

{} Asset reference(s)

Case 13-84009    Doc 38    Filed 02/06/15    Entered 02/06/15 09:52:39    Desc Main
Document    Page 7 of 7

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-84009-TML
**Case Name:** LALLY, WILLIAM J
LALLY, MICHELE R
**Taxpayer ID #:** **-***3009
**Period Ending:** 01/08/15

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** Rabobank, N.A.
**Account:** ******0766 - Checking Account
**Blanket Bond:** $598,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0766 | 4,960.00 | 4,960.00 | 0.00 |
|  | $4,960.00 | $4,960.00 | $0.00 |

{} Asset reference(s)

Printed: 01/08/2015 04:51 PM    V.13.20